**Leroy Dandurand, Plaintiff-Appellee, v. Ellsworth Long, Defendant-Appellant.**
**Edward Schnell, d/b/a Schnell's Dairy, Plaintiff-Appellee, v. Ellsworth Long, Defendant-Appellant.**

Gen. No. 11,649.

Second District, Second Division.

May 23, 1963.

Edwin W. Sale and Robert F. Reiser, of Kankakee, for appellant; Butz, Blanke & Stith, of Kankakee, for appellees. Opinion by JUDGE CROW. Not to be published in full.